**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Donnell Sean WIGGINS, Defendant—Appellant.**

No. 08–8520.

United States Court of Appeals, Fourth Circuit.

Submitted: April 6, 2009.

Decided: June 3, 2009.

Donnell Sean Wiggins, Appellant Pro Se. James Ashford Metcalfe, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnell Sean Wiggins appeals the district court's order denying his motion for reconsideration of its order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Wiggins*, No. 2:06–cr–00034–JBF–JEB–1 (E.D. Va. Nov. 7, 2008; Oct. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*